DICKINSON WRIGHT PLLC
Justin J. Bustos (NSBN 10320)
Email: JBustos@dickinsonwright.com
Mackenzie E. Robinson (NBSN 16309)
Email: MRobinson@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500
Fax: 844-670-6009

*Attorneys for Defendants Essentia Insurance Company and Hagerty Insurance Agency, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT BLACK,<br><br>Plaintiff,<br><br>v.<br><br>ESSENTIA INSURANCE COMPANY, a foreign entity; HAGERTY INSURANCE AGENCY, LLC, a foreign limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01351-MDC<br><br>(District Court of Clark County Nevada Case No. A-24-906766-C)<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br><br>**[FIRST REQUEST]** |

Defendants Essentia Insurance Company and Hagerty Insurance Agency, LLC, ("Defendants") and Plaintiff Robert Black ("Plaintiff"), collectively the "Parties," by and through their respective counsel of record, hereby stipulate to extend the remaining discovery deadlines, by pushing the close of discovery 45 days. This is the Parties' first request for an extension before this Court, and as discussed herein, good cause exists to extend the remaining discovery deadlines under the requirements of LR 26-3:

**I. Discovery Completed:**

The parties have both exchanged Initial and Supplemental Disclosures, including documents. Specifically, Plaintiff served his Initial Disclosures on May 9, 2025, First Supplemental

Disclosures on July 10, 2025, and Second Supplemental Disclosures on December 8, 2025. And Defendants served their Initial Disclosures on April 29, 2025, First Supplemental Disclosures on December 20, 2025, Second Supplemental Disclosures on January 8, 2026, and Third Supplemental Disclosures on April 20, 2026.

On July 16, 2025, Defendants served Requests for Admission, to which Black responded on August 18, 2025. Defendants also served Requests for Production and Interrogatories to Black on October 27, 2025. Black responded to both sets of written discovery on December 8, 2025.

Plaintiff deposed Defendant's NRCP 30(b)(6) witness on July 21, 2026.

Defendant deposed Edgar Alexander Medina, a fact witness, on September 22, 2026.

**II. Discovery to be Completed:**

Defendants intend on deposing Plaintiff Robert Black at the prison where Plaintiff is currently incarcerated, which may result in additional supplemental disclosures, pending Plaintiff's statements at the deposition. That deposition is currently scheduled for October 28, 2026.

**III. Reasons Why Deadline Not Satisfied or Remaining Discovery was Not Completed Within the Time Limits Set by the Discovery Plan:**

The extension is requested due to the difficulty with coordinating dates between the prison and the parties for Mr. Black's deposition. Additionally, the parties are presently pursuing alternative dispute resolution options.[1]

**IV. Proposed Schedule for Completing Remaining Discovery:**

The parties hereto, and for good cause described in this stipulation, request this Honorable Court to adopt and approve this Stipulation and Order to continue the discovery deadlines as requested below. This request seeks only to extend the discovery cut-off by 45 days and extends the dispositive motion deadline and pretrial order by thirty (30) days from that new discovery cut-off:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINES |
|---|---|---|
| Discovery Cut Off | October 28, 2026 | December 12, 2026 |

[1]Of note, this extension will push the Close of Discovery outside of the 180-day period contemplated in LR 26-1(b)(1).

| | | |
|---|---|---|
| Dispositive Motions | November 27, 2026 | January 11, 2027 |
| Pretrial Order | December 28, 2026[2] | February 10, 2027 |

I certify that Artificial Intelligence was not used to prepare the foregoing document.

**IT IS SO STIPULATED.**

DATED this 7th day of October 2026.

BOWEN LAW OFFICES

*/s/ Jerome R. Bowen*
Jerome R. Bowen (NSBN 4540)
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, NV 89129
Tel: (702) 240-5191
Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
agomez@lvlawfirm.com

*Attorneys for Plaintiff Robert Black*

DATED this 7th day of October 2026.

DICKINSON WRIGHT PLLC

*/s/ Justin J. Bustos*
Justin J. Bustos (NSBN 10320)
Email: JBustos@dickinson-wright.com
Mackenzie E. Robinson (NSBN 16309)
Email: MRobinson@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500
Fax: 844-670-6009

*Attorneys for Defendants Essentia Insurance Company and Hagerty Insurance Agency, LLC*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 10-15-26

[2] Currently, the joint pretrial order shall be filed on or before January 11, 2027, which is 30 days after the dispositive motion deadline in accordance with Local Rule LR 26- 1(b)(5); however, if dispositive motions are filed, the deadline for the joint pretrial order shall be suspended until 30 days after the decision on such motions.

## CERTIFICATE OF SERVICE

I certify that I am an employee of Dickinson Wright PLLC and that on October 7th, 2026, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE – FIRST REQUEST** via electronic mail upon counsel of record, addressed as follows:

Jerome R. Bowen
BOWEN LAW OFFICES
9960 W. Cheyenne Ave., Suite 250
Las Vegas, NV 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
Email: twilcox@lvlawfirm.com
agomez@lvlawfirm.com

*Attorneys for Plaintiff Robert Black*

/s/ *Jorge Ramirez*
An Employee of DICKINSON WRIGHT PLLC